1  William T. Eliopoulos (State Bar No. 100633)
   weliopoulos@rutan.com
2  Kaveh Badiei (State Bar No. 215179)
   kbadiei@rutan.com
3  RUTAN & TUCKER, LLP
   Five Palo Alto Square
4  3000 El Camino Real, Suite 200
   Palo Alto, CA 94306-9814
5  Telephone: 650-320-1500
   Facsimile:  650-320-9905
6
   Attorneys for Defendant
7  INDIANAPOLIS LIFE INSURANCE COMPANY

8                   UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10

11 | MICHAEL RICUPITO, an individual; and | Case No. C09-05111-CRB
   | MICHAEL R. RICUPITO, DDS, MS, INC., |
12 | a California corporation; MICHAEL    |
   | RICUPITO DDS, DEFINED BENEFIT       | STIPULATION EXTENDING TIME
13 | PENSION PLAN,                        | FOR DEFENDANT INDIANAPOLIS
   |                                      | LIFE INSURANCE COMPANY TO
14 |              Plaintiffs,             | RESPOND TO PLAINTIFFS'
   |                                      | COMPLAINT
15 |     vs.                              |
16 | INDIANAPOLIS LIFE INSURANCE          |
   | COMPANY, an Indiana corporation, and |
17 | DOES 1 through 100, inclusive,       |
18 |              Defendant.              |

19
20
21
22
23
24
25
26  ///
27  ///
28  ///

Rutan & Tucker, LLP
attorneys at law

2395/022625-0013
1047961.01 a10/29/09

STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO
PLAINTIFFS' COMPLAINT

1     WHEREAS on October 27, 2009 Defendant Indianapolis Life Insurance Company
2 ("ILIC") removed Plaintiffs' complaint, which was filed in California State Court, County
3 of Alameda as Case No. HG-09-472810 (the "Complaint"), to this Court;
4     WHEREAS ILIC's responsive pleading to Plaintiffs' Complaint is due on or before
5 November 2, 2009;
6     NOW THEREFORE, Plaintiffs and ILIC, by and through their counsel, stipulate to
7 extent the time for ILIC to respond to Plaintiffs' Complaint. ILIC's responsive pleading,
8 per this stipulation, shall be filed on or before November 23, 2009.
9     IT IS SO STIPULATED.

11 Dated: ~~October~~ Nov. 2, 2009     RUTAN & TUCKER, LLP

13 By: /s/
14 William T. Eliopoulos
    Kaveh Badiei
15 Attorneys for Defendant
    INDIANAPOLIS LIFE INSURANCE
16 COMPANY

18
19 Dated: October 30, 2009     LAW OFFICES OF
    WILLIAM F. GHIRINGHELLI

22 By: /s/
    William F. Ghiringhelli
23 Attorneys for Plaintiffs
    MICHAEL RICUPITO, MICHAEL R.
24 RICUPITO, DDS, MS, INC. and
    MICHAEL RICUPITO DDS, DEFINED
25 BENEFIT PENSION PLAN

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Rutan & Tucker, LLP
attorneys at law

2395/022625-0013
1047961.01 a10/29/09

STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO
PLAINTIFFS' COMPLAINT

## PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF SANTA CLARA**

I am employed by the law office of Rutan & Tucker, LLP in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is Five Palo Alto Square, 3000 El Camino Real, Suite 200, Palo Alto, CA 94306-9814.

On November 2, 2009, I served on the interested parties in said action the within:

**STIPULATION EXTENDING TIME FOR DEFENDANT INDIANAPOLIS LIFE INSURANCE COMPANY TO RESPOND TO PLAINTIFFS' COMPLAINT**

by placing a true copy thereof in sealed envelope(s) addressed as stated below:

William. F. Ghiringhelli, Esq.
LAW OFFICES OF WILLIAM F. GHIRINGHELLI
39159 Paseo Padre Parkway, Suite 225
Fremont, CA 94538
Tel: (510) 396-3148
Fax: (510) 648-2902

In the course of my employment with Rutan & Tucker, LLP, I have, through first-hand personal observation, become readily familiar with Rutan & Tucker, LLP's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice I deposited such envelope(s) in an out-box for collection by other personnel of Rutan & Tucker, LLP, and for ultimate posting and placement with the U.S. Postal Service on that same day in the ordinary course of business. If the customary business practices of Rutan & Tucker, LLP with regard to collection and processing of correspondence and mailing were followed, and I am confident that they were, such envelope(s) were posted and placed in the United States mail at Palo Alto, California, that same date. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on November 2, 2009, at Palo Alto, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Maryknol Respicio
(Type or print name)                     (Signature)